# ANDREW A. RUBIN

## ATTORNEY AT LAW

1133 WESTCHESTER AVENUE, SUITE N202

WHITE PLAINS, NEW YORK 10604

OF COUNSEL: Gaines, Novick,
Ponzini, Cossu & Venditti, LLP

Telephone: (914) 761-9200
Facsimile (914) 288-0850

September 7, 2018

**Via ECF**
Honorable Kenneth M. Karas
United States District Court
30 Quarropas Street
White Plains, New York 10601

    Re: US v. Carson Morris
    16 CR 626-03 (KMK)

Dear Honorable Karas:

    Attached please find one additional letter in support of Carson Morris that I failed to include with my August 30th submission.

    Thank you for your time and consideration.

Respectfully submitted,

Andrew A. Rubin

/j
Encl.
Cc:    AUSA Dember via ECF
        AUSA Armand via ECF