**ANDREW A. RUBIN**
ATTORNEY AT LAW
1133 WESTCHESTER AVENUE
SUITE N-202
WHITE PLAINS, NEW YORK 10604

OF COUNSEL: GAINES, NOVICK,
PONZINI, COSSU & VENDITTI

TELEPHONE: (914) 761-9200
FACSIMILE: (914) 288-0850

September 27, 2018

Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Carson Morris  16 CR 626(KMK)**

Dear Judge Karas:

At the time of sentence, I believe I requested the Court to recommend a prison close to Miami, Florida. I would like to narrow that request to FCI Miami.

I have notified that Government of this request and there is no objection.

Thank you.

Respectfully,

Andrew A. Rubin

AAR/dmg
CC: AUSA Andrew Dember
    AUSA Pierre Armand
    1 St. Andrews Plaza
    New York, New York 10007